# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JACK ODEM, III
ADC #116620                                                                                                                               PLAINTIFF

v.                            4:22-cv-00122-JM-JJV

DEXTER PAYNE, Director, ADC, *et al.*
                                                                                                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the PRD in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Summary Judgment (Doc. 18) on exhaustion is DENIED AS MOOT, and he may proceed with his claims against Defendants Payne, Musselwhite, Pierce, Babcock, Culclager, and Robinson.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 20th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE