IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACK ODEM, III
ADC #116620                                                                                                   PLAINTIFF

v.                                          4:22-cv-00122-JM-JJV

DEXTER PAYNE, Director, ADC, *et al.*
                                                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommended Disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the RD in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 32) is DENIED.

2. Defendants' Motion for Summary Judgment (Doc. 45) is GRANTED; Plaintiff's claims against Defendants Payne, Musselwhite, Pierce, Babcock, Culclager, and Robinson are DISMISSED with prejudice; and this case is CLOSED

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE