## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JACK ODEM, III
ADC #116620                                                                                              PLAINTIFF

v.                                         4:22-cv-00122-JM

DEXTER PAYNE, Director, ADC, *et al.*
                                                                                                        DEFENDANTS

### JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE